**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lyman Decarlos SMITH, Defendant–
Appellant.**

**No. 05–11661
Non–Argument Calendar.
D.C. Docket No. 04–14024–CR–KMM.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 2, 2006.

Before EDMONDSON, Chief Judge, TJOFLAT and PRYOR, Circuit Judges.

---

1. We DENY Chahin's motion to supplement the record as moot.

PER CURIAM:

Monique A. Brochu, appointed counsel for Lyman Decarlos Smith in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Smith's convictions and sentences are AFFIRMED.